1  SCOTT J. SAGARIA (SBN 217981)
   sjsagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   egale@sagarialaw.com
3  JOE ANGELO (SBN 268542)
   jangelo@sagarialaw.com
4  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd., Ste. 100
5  Roseville, CA 95661
   408-279-2288 ph: 408-279-2299 fax
6
   Attorneys for Plaintiff
7  Phillip Marino

8            **IN THE UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

10

11  JEREMY FAIR                          Consolidated Case No.: 4:16-cv-5712-CW
    PHILLIP MARINO,
12                                        STIPULATION TO DISMISS DEFENDANT
                                          ROUNDPOINT MORTGAGE SERVICING
13                Plaintiff,              CORPORATION; ~~PROPOSED~~ ORDER

14       v.

15

16  EXPERIAN INFORMATION
    SOLUTIONS, INC.,  et. al.,
17

18

19                Defendants.

20

21

22

23  **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

24       IT IS HEREBY STIPULATED by and between plaintiff Phillip Marino and defendant

25  RoundPoint Mortgage Servicing Corporation ("RoundPoint"), that RoundPoint be dismissed

26  from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2),

27

28  STIPULATION TO DISMISS DEFENDANT ROUNDPOINT MORTGAGE SERVICING CORPORATION;

                          ~~PROPOSED~~ ORDER - 1

141581.00653/106066929v.1

1    and that each party shall bear its own attorneys' fees and costs.

2

3    DATED:  August 18, 2017           Sagaria Law, P.C.

4                                      By:    _____*/s/ Elliot W. Gale*_____

5                                                   Elliot W. Gale
                                       Attorneys for Plaintiff
6                                      Phillip Marino

7

8    DATED:  August 18, 2017           Blank Rome LLP

9

10                                     By:    _____*/s/ Jessica McElroy*_____

11                                                Jessica McElroy
                                       Attorneys for Defendant
12                                     RoundPoint Mortgage Servicing Corporation

13

14

15

16   I, Elliot Gale, am the ECF user whose identification and password are being used to file this

17   Stipulation. I hereby attest that Jessica McElroy has concurred in this filing.

18   */s/ Elliot Gale*

19

20                                  [PROPOSED] **ORDER**

21        Pursuant to the stipulation of the Parties, Defendant RoundPoint is dismissed with

22   prejudice and that each party shall bear its own attorneys' fees and costs.

23        IT IS SO ORDERED.

24

25   DATED:_August 21, 2017____        _____

26                                     CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE
27

28   STIPULATION TO DISMISS DEFENDANT ROUNDPOINT MORTGAGE SERVICING CORPORATION;

                             PROPOSED ORDER - 2