1  SCOTT J. SAGARIA (SBN 217981)
   sjsagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   egale@sagarialaw.com
3  JOE ANGELO (SBN 268542)
   jangelo@sagarialaw.com
4  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd., Ste. 200
5  Roseville, CA 95661
   408-279-2288 ph: 408-279-2299 fax

6  Attorneys for Plaintiff
7  Joshua Heath

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JEREMY FAIR<br>JOSHUA HEATH**,**<br><br>                    Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,  et. al.,<br><br><br>                    Defendants. | Consolidated Case No.: 4:16-cv-5712-CW<br><br>STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Joshua Heath and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

STIPULATION TO DISMISS DEFENDANT ROUNDPOINT EXPERIAN INFORMATION SOLUTIONS, INC.;

~~PROPOSED~~ ORDER

DATED:  March 27, 2018          Sagaria Law, P.C.

                                By:  _/s/ Elliot W. Gale_
                                     Elliot W. Gale
                                Attorneys for Plaintiff
                                Joshua Heath

DATED:  March 27, 2018          Jones Day

                                By:  _/s/ Celia M. Jackson_
                                     Celia M. Jackson
                                Attorneys for Defendant
                                Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 28, 2018

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT ROUNDPOINT EXPERIAN INFORMATION SOLUTIONS, INC.;
PROPOSED ORDER