SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Steven Dahlen

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JEREMY FAIR<br>STEVEN DAHLEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX, INC., et. al.,<br><br>　　　　　　Defendants. | Consolidated Case No.: 4:16-cv-5712-CW<br><br>STIPULATION TO DISMISS DEFENDANT EQUIFAX, INC.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　　IT IS HEREBY STIPULATED by and between plaintiff Steven Dahlen and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  March 27, 2018          Sagaria Law, P.C.

                                By:    /s/ Elliot W. Gale
                                       Elliot W. Gale
                                Attorneys for Plaintiff
                                Steven Dahlen

DATED:  March 27, 2018          Noakes & Quinn

                                By:    /s/ Thomas P. Quinn, Jr.
                                       Thomas P. Quinn, Jr.
                                Attorneys for Defendant
                                Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

/s/ Elliot Gale

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Equifax ~~Experian~~ is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 28, 2018                _____
                                     CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

*[Seal: IT IS SO ORDERED / Judge Claudia Wilken / United States District Court Northern District of California]*

STIPULATION TO DISMISS DEFENDANT EQUIFAX, INC.; ~~PROPOSED~~ ORDER